Su Yon Yi (CA SBN #271736 and NY SBN #5294640)
Email: syyi75@gmail.com

Sabrina Damast (CA SBN #305710 and NY SBN #5005251)
Law Office of Sabrina Damast, Inc.
510 West 6th Street, Suite 330
Los Angeles, CA 90014
Telephone: (323) 475-8716
Emails: sabrina@sabrinadamast.com

Counsel for Petitioner
Xe Ngoc Dao

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XE NGOC DAO, A025-030-358,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>TONYA ANDREWS, in official capacity,<br>Facility Administrator of Golden State Annex;<br>SERGIO ALBARRAN, in official capacity,<br>Acting Field Office Director of ICE's San<br>Francisco Field Office; TODD M. LYONS, in<br>official capacity, Acting Director of ICE,<br>MARKWAYNE MULLIN, in official capacity,<br>Secretary of the U.S. Department of Homeland<br>Security; TODD BLANCHE, in official capacity, as<br>Acting Attorney General of the United States,<br><br>　　　　Respondents. | Case No. 1:26-cv-01549-TLN-CSK<br><br>**Order Granting<br>Su Yon Yi's Motion to Withdraw<br>as Counsel for Petitioner** |

This matter having come before this Court on Su Yon Yi's motion to withdraw as counsel for Petitioner, and this Court having considered the statements in support and any prejudice to the parties, the motion is GRANTED.

IT IS HEREBY ORDERED that Su Yon Yi's motion to withdraw as counsel for Petitioner is GRANTED, and Su Yon Yi is hereby terminated as counsel in this proceeding.

Dated: 05/26/2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE